NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD W. MACPHERSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3660, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Donald W. MacPherson moves without opposition for a 32-day extension of time, until August 6, 2012, to file his initial brief. MacPherson, who is acting pro se in the matter, also moves without opposition to allow him to file documents electronically.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUL 17 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald MacPherson
    Sarah Bienkowski, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK